IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Jenkins, LaChelle

Printed: 01/06/09

Case Number: 08 B 22647
Judge: Wedoff, Eugene R
Filed: 8/27/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 20, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---|
| 1. | Chase Automotive Finance | Secured | 0.00 | 0.00 |
| 2. | Chase Automotive Finance | Secured | 0.00 | 0.00 |
| 3. | CitiFinancial Auto Credit Inc | Secured | 27,240.30 | 0.00 |
| 4. | American General Finance | Secured | 150.00 | 0.00 |
| 5. | Barr Management LTD | Unsecured | 4.78 | 0.00 |
| 6. | CitiFinancial Auto Credit Inc | Unsecured | 0.00 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 20.92 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 50.95 | 0.00 |
| 9. | Jefferson Capital Systems LLC | Unsecured | 48.70 | 0.00 |
| 10. | Midland Credit Management | Unsecured | 42.77 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 59.68 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 49.69 | 0.00 |
| 13. | Internal Revenue Service | Priority |  | No Claim Filed |
| 14. | Illinois Dept of Revenue | Unsecured |  | No Claim Filed |
| 15. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 16. | Chase Bank | Unsecured |  | No Claim Filed |
| 17. | T Mobile USA | Unsecured |  | No Claim Filed |
| 18. | East Lake Management | Unsecured |  | No Claim Filed |
| 19. | Enterprise Rent A Car | Unsecured |  | No Claim Filed |
| 20. | Consumer Portfolio Services | Unsecured |  | No Claim Filed |
| 21. | First Premier | Unsecured |  | No Claim Filed |
| 22. | Global Payments | Unsecured |  | No Claim Filed |
| 23. | National Check Trust Inc | Unsecured |  | No Claim Filed |
| 24. | LaSalle Bank NA | Unsecured |  | No Claim Filed |
| 25. | Jalida Dupart | Unsecured |  | No Claim Filed |
| 26. | Northside "L" Credit Union | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jenkins, LaChelle

Printed: 01/06/09

Case Number: 08 B 22647
Judge: Wedoff, Eugene R
Filed: 8/27/08

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Northside "L" Credit Union | Unsecured | | No Claim Filed |
| 28. | Providian Home Loans | Unsecured | | No Claim Filed |
| 29. | Northside "L" Credit Union | Unsecured | | No Claim Filed |
| 30. | Rush Presbyterian St Luke's Hospital | Unsecured | | No Claim Filed |
| 31. | NDC Check Services | Unsecured | | No Claim Filed |
| 32. | US Cellular | Unsecured | | No Claim Filed |
| 33. | Surgicore | Unsecured | | No Claim Filed |
| 34. | Verizon Wireless | Unsecured | | No Claim Filed |
| 35. | SBC | Unsecured | | No Claim Filed |
| 36. | World Financial Network Nat'l | Unsecured | | No Claim Filed |
| | | | $ 27,667.79 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

